# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 18, 2025

Lyle W. Cayce
Clerk

No. 25-10245
Summary Calendar

—————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Carlos Santiago Fonseca-Rodriguez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CR-54-1

_____

Before King, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Carlos Santiago Fonseca-Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Fonseca-Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10245

record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.